## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **ALAN BLECHER**, an individual,<br><br>    **Plaintiff,**<br><br>**vs.**<br><br>**NEMO ARMS, INC.**, a Montana Corporation**; KELLY LINK**, individually**; JEFF SIPE**, individually; and **WILLIAM "BILL" KING**, individually,<br><br>    **Defendant.** | **DEFENDANT KELLY LINK'S MOTION TO DISMISS PLAINTIFF ALAN BLECHER'S FIRST AMENDED COMPLAINT**<br><br>Case No. 4:26-cv-00047<br><br>Honorable Nicholas J Ganjei<br>United States District Judge<br><br>Honorable Yvonne Y Ho<br>United States Magistrate Judge |

### ORDER GRANTING DEFENDANT KELLY LINK'S
### MOTION TO DISMISS PLAINTIFF ALAN BLECHER'S FIRST AMENDED
### COMPLAINT

CAME TO BE CONSIDERED Defendant Kelly Link's Motion to Dismiss Plaintiff Alan Blecher's Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(2) and 12(b)(6). After consideration, the Court finds that the Motion is meritorious and should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's Amended Complaint is dismissed in its entirety, with prejudice, effective the date of this Order.

Signed this ＿＿＿ day of ＿＿＿＿＿＿＿＿＿＿＿ 2026.


＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
UNITED STATES DISTRICT JUDGE