## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

Alan Paul Blecher

v.                                          Case Number: 4:26–cv–00047

NEMO Arms, Inc, et al.

---

### NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESCHEDULED AS SET FORTH BELOW.**

**Before the Honorable**

Yvonne Y Ho

**PLACE:**
by video
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 6/12/2026

**TIME:** 09:30 AM

**TYPE OF PROCEEDING:** Initial Conference

Date: April 24, 2026

Nathan Ochsner, Clerk
by R. Willborg, Deputy Clerk